# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  07CV3365                                    Purchased/Filed: April 27, 2007

STATE OF NEW YORK        UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT

---

*The New York City District Council of Carpenters Pension Fund, et al*                Plaintiff

against

*MFV Development Corp.*                    Defendant

---

STATE OF NEW YORK                SS.:
COUNTY OF ALBANY

_____Jessica  Miller_____ , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____May 8, 2007_____ , at  2:00 pm , at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons, Complaint and Judges' Rules

on

_____MFV Development Corp._____ , the

Defendant in this action, by delivering to and leaving with _____Amy Lesch_____ ,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York,  2  true copies thereof and that at the time

of making such service, deponent paid said Secretary of State a fee of  40  dollars; That said service

was made pursuant to Section  306 Business Corporation Law .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Description of the person served:  Approx. Age:  23   Approx. Wt:  160   Approx. Ht:  5'9"

Color of skin:  White   Hair color:  Blonde   Sex:  F   Other: _____

Sworn to before me on this

 10th  day of _____May, 2007_____

_____                          _____Jessica  Miller_____
                                          Jessica  Miller

Invoice•Work Order #  SP0703934