## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07CV3365                                                            Purchased/Filed: April 27, 2007

STATE OF NEW YORK       UNITED STATES DISTRICT COURT                        SOUTHERN DISTRICT

*The New York City District Council of Carpenters Pension Fund, et al*     Plaintiff

against

*MFV Development Corp.*                                                    Defendant

STATE OF NEW YORK
COUNTY OF ALBANY       SS.:

___Jessica Miller___, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___May 8, 2007___, at ___2:00 pm___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons, Complaint and Judges' Rules

on ___MFV Development Corp.___, the Defendant in this action, by delivering to and leaving with ___Amy Lesch___, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, ___2___ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of ___40___ dollars; That said service was made pursuant to Section ___306 Business Corporation Law___.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: ___23___  Approx. Wt: ___160___  Approx. Ht: ___5'9"___
Color of skin: ___White___  Hair color: ___Blonde___  Sex: ___F___  Other: _____

Sworn to before me on this
___10th___ day of ___May, 2007___

*[signature]*                                                              *Jessica Miller* [signature]
                                                                           Jessica Miller

                                                                           Invoice•Work Order # SP0703934

**SERVICO. INC. - PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179**