UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

THE NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS PENSION FUND, NEW
YORK CITY DISTRICT COUNCIL OF
CARPENTERS WELFARE FUND, NEW YORK
CITY DISTRICT COUNCIL OF CARPENTERS
VACATION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
ANNUITY FUND, NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS APPRENTICESHIP,
JOURNEYMAN RETRAINING, EDUCATIONAL
AND INDUSTRY FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS CHARITY
FUND, and THE NEW YORK CITY AND VICINITY
CARPENTERS LABOR MANAGEMENT
COOPERATION FUND, by MICHAEL J. FORDE
and PAUL O'BRIEN, as TRUSTEES,

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 27 2007

07 CV 3365 (PAC)
ECF CASE

**DEFAULT JUDGMENT**

                    Plaintiffs,

        -against-

MFV DEVELOPMENT CORP.,

                    Defendant.
------------------------------------------------------------X

    This action having been commenced on April 27, 2007 by the filing of a Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant MFV Development Corp. on May 8, 2007 by delivering two (2) true copies of the same to the Secretary of the State of New York, pursuant to Section 306(b) of New York Business Corporation Law, and a proof of service having been filed on May 15, 2007 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, and the Clerk of the Court having issued its certificate of default on June 18, 2007, it is

ORDERED, ADJUDGED AND DECREED: That the Plaintiffs have judgment against Defendant, pursuant to the arbitration award, in the liquidated amount of $2,400.00, representing costs and fees arising out of the arbitration, in addition to attorneys' fees and costs arising out of this action in the amount of $1,185.00 for a total of $3,585.00 and that MFV Development Corp. and its officers are ordered to produce any and all books and records relating to MFV Development Corp. for the period of July 20, 2005 through October 25, 2006.

Dated: July 27, 2007
New York, New York

_____
Honorable Paul A. Crotty
United States District Judge

This document was entered on the docket on _____.